IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR32 |
| v. | ) | |
| | ) | |
| JERRY LEE HICKMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 29, 2009, defendant appeared with counsel, Jessica Douglas, for a hearing on Petitions for Warrant of Summons for Offender Under Supervision (Filing Nos. 39 and 49). Plaintiff was represented by Kimberly C. Bunjer for Maria R. Moran, Assistant United States Attorney. The defendant admitted the allegations. The Court found defendant to be in violation of his conditions of supervised release. The Court then proceeded to a dispositional hearing. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of time served.

2) Upon defendant's release from incarceration, he will placed on supervised release for a term of two (2) years, under the same terms and conditions of release previously imposed on December 28, 1999, and shall participate in the MRT Cognitive Thinking program.

DATED this 2nd day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 200__.

_____
                                                          Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 200__ to _____, with a certified copy of this judgment.

_____
                                                        UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 200___.

_____
                                                        UNITED STATES WARDEN

By: _____